# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff(s))

Mary Ann Nawrocki

v.

(Full name of defendant(s))

James Marx

Case Number:

**16-C-0936**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at 8250 N 46 St. Apt 130 Milwaukee, WI 53223 (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant James Marx (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _Wisconsin_
(State, if known)
and (if a person) resides at _2501 West Beltline Rd. Madison, WI 53713_
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for _Army exam, 1 South Park St. Madison, WI Now: 2501 W. Beltline Rd. Madison, WI Suit 207_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

B.  **STATEMENT OF CLAIM**


1. **WHO**

Physical Therapist James Marx.........Physical Therapist James Marx violated my right to receive proper medical attention. The first Oath of a Physical is to keep his or her patient from harm! I was left HURT! I was searching for medical attention from P.T. James Marx. Instead of me receiving proper medical attention I was left in harm's way by P. T. James Marx, for over 7 years! James Marx knew I sustained permanent damages to my person, but P.T. James Marx refused to inform me of the DEFINITIVE damages I sustained to my body! Leaving me to live my life in Harm's way for, now! 7 years! I asked James Marx to fill out an application so that I could receive my disability benefits, James Marx refused to fill out the forms. James Marx had documentations of the damages I sustained to my body when James Marx examined me in his office located at 1 South Park Street in Madison, Wisconsin. I asked James Marx, I made a **special trip** to James Marx office to ask James Marx what he did to my body, when he moved it from the Left to the Right. James Marx was ambiguous, than, and has, as far as I am concern, has remained ambiguous to this day! James Marx did not remain TRUE to his Physician Oath. But James Marx remained true to the systematic oppression and restriction of an African American person. This is WHO James Marx is to me. And this is what James Marx did to me intentionally, maliciously.

Complaint – 2

## WHAT

After I was injured at Target performing duties of a job I was never trained to perform, unloading Target's big multi-packed, multi-stacked trailer truck. I sustained damages to my body that caused me to go to the Emergency Room for medical attention. The emergency informed me to follow-up with my Primary Physician. I visited with my primary physician. I constantly complained of severe pain and the feeling of being twisted. This is the reason why I was referred to physical Therapy. I visited with Physical Therapist James Marx. At my first visit with Physical Therapist James Marx he informed me my Right Arm was PULLED OUT OF PLACE! James Marx asked me to stand up out of the chair I was sitting in in his office. I put my hands on the wall in his office for support. James Marx proceeded to kneel down behind me, just at my buttocks area. James Marx proceeded to put one of his hands on the lower part of my body, my LEFT Hip area. James Marx then, proceeded to put his other hand on the lower part of my body my RIGHT HIP. James Marx proceeded to move my body from the LEFT to the RIGHT. I exclaimed OUCH! But at the same time, I felt better! I could stand up straight! I could breathe better! My body DID NOT FEEL twisted, my body felt straight! My body felt like it felt before I was injured at Target! I was elated! I felt I was on a road to recovery! I asked James Marx "what did you just do!" James Marx refused to provide me with any definitive answers about what he did to the Lower part of my body. James Marx was ambiguous than, and James Marx has remained Ambiguous to this day! He has not provided me with any answers; I do not know what he has told other individuals / organizations. But James Marx did nothing to help me.

## WHEN

When it happened was in his office in 2010. And ongoing, Because Physical Therapist James Marx continues to deny he discovered my permanent damages, when I visited with him in his office, at my VERY FIRST visited, he informed me my **RIGHT ARM** was pulled out of place. WHEN.... NOW AND CONTINUOUSLY! I do not know why Physical Therapist James Marx will not tell the TRUTH! And for this James Marx needs to be barred from future practice. James Marx continues to practice, and enjoy a GOOD LIFE! I continue to twisting, my body, to the LEFT, living in SEVERE PAIN AND EMOTIONAL DISTRESS, HOMELESS, and IN DIRE STRAITS! NOW! For SEVEN YEARS! Because James Marx decided to deny I sustained permanent damages to my body. James Marx is a participant in the SYSTEMATIC OPPRESSION, RESTRICTION of an African American person. To sustained himself. Why he Denys me. The when is 2010 and on GOING!

## WHERE

Where it happened was in James Marx office. Physical Therapist James Marx office was located **at 1-one South Park Street in Madison, Wisconsin** when I visited him for Physical Therapist. His office is now located at 2501 West Beltline Road in Madison, Wisconsin 53713.

Complaint – 3

# WHY

James Marx made a conscious decision to deny my damages! Why… he decided to deny my damages, when he is the Physical Therapist that DISCOVERED my damages! This is the reason why James Marx needs to be subpoenaed to come to Federal Court. James Marx in his office performed a procedure on me that moved my body back to its proper place! I do not know why!? James Marx violated his Physician Oath. I can infer that the Corporation where I was injured, informed James Marx I was not injured on the job!? The Corporation has been informing other individuals / organizations I was not injured on the job, so I am to infer that the Corporation informed James Marx of the same FALSE statement, as well. But Physical Therapist James Marx had a duty to keep me, his patient, from harm. Not decide to continue to demonstrate racial disharmony, systematic oppression and restrictions. Although Target was responsible for my permanent damages, I had Medical Insurance from my Full-time employment. My visits to his office would have been paid for, where paid for. Why James Marx decided to deny me!? Because I feel James Marx denied me because I am an African American invoking my Constitutional Rights, my Human Rights, my American Born Citizens Right to be treated EQUALLY! And because Target informed James Marx I was not injured at Target. Why!? Because James Marx knew he had the support of his (**collaborates**) and he would be **victorious** over me in his restrictions and oppression, demonstrated by _some_ people against African Americans! **Ethics** should be sustained my **any** physician treating any person of any color. This will, if not eradicate, this will greatly limit most medical malpractice lawsuits. **Simple Ethics**…Forget about a person skin color, keep your Ethics!

_____

_____

_____

_____

Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

**RELIEF WANTED**

**75 Million Dollars, Punitively**

Emotional distress.........Requested, Punitively

Pain and suffering..........Requested, Punitively

Malpractice ................. Requested, Punitively

Compensatory...............Requested, Punitively

James Marx Violated his physician oath, for his intentional, malicious violation of his Physician Oath. Which lead to his Medical Malpractice, I want to be made whole from the pain and suffering I am going through, and the emotional distress. The compensation I am requesting in punitively requested because James Marx knew for all these years I sustained permanent damages. But James Marx refused to admit to this fact so that I could obtain benefits to help myself. He needs to make me whole I am requesting 75 Million Dollars-**punitively**. My loss of the ability to maintain a job occurred as a result of negligence of unlawful conduct by James Marx; James Marx took a sworn Oath to exercise sound professional judgement while abiding by legal and ethical requirements.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case. If Necessary!

☐ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __10__ day of __July__ 20_16_.

Respectfully Submitted,

*Mary Ann Naumoski*
Signature of Plaintiff

__636-244-7547__
Plaintiff's Telephone Number

__Purefreedom1865@yahoo.com__
Plaintiff's Email Address

__10469 Briarbend Drive #8__
__Creve Coure, MO. 63146__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5