# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MARY ANN NAWROCKI,

      Plaintiff,

v.

JAMES MARX,

      Defendant.

Case No. 16-CV-936-JPS

JUDGMENT

Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED without prejudice for lack of subject matter jurisdiction.

  THE COURT FURTHER CERTIFIES that any appeal from this matter would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) unless the plaintiff offers bonafide arguments supporting an appeal.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

July 26, 2016     s/Nancy A. Monzingo
Date        By: Deputy Clerk